## Packer's Estate (No. 4).

Argued April 3, 1914. Appeals, Nos. 102 and 103, Jan. T., 1914, by the Borough Council of the Borough of Mauch Chunk and the Board of School Directors of the Borough of Mauch Chunk, from decree of O. C., Philadelphia Co., April T., 1881, No. 323, dismissing exceptions to adjudication in estate of Asa Packer, deceased. Before FELL, C. J., BROWN, POTTER, ELKIN and MOSCHZISKER, JJ. Affirmed.

Exceptions to adjudication. Before GUMMEY, J.

The facts appear in Packer's Est. (No. 1), 246 Pa. 97.

The court dismissed the exceptions. The Borough Council of the Borough of Mauch Chunk and the Board of School Directors of the Borough of Mauch Chunk, legatees under the will of Mary Packer Cummings, appealed.

*Error assigned* was the decree of the court.

*A. H. Wintersteen,* for appellants.

*W. U. Hensel,* for Ruth M. Linderman, executrix of the estate of Robert P. Linderman, deceased, Ruth Evelyn Linderman, Mary Evelyn Linderman, Evelyn Linderman, Christine Linderman and Robert Packer Linderman, Jr., Warren A. Wilbur, executor of the estate of Sallie Linderman Wilbur, deceased, and Robert E. Wilbur, appellees.

*W. W. Montgomery, Jr.,* and *Joseph Hill Brinton,* filed a paper book for the executors and legatees of John E. Rathbun, appellees.

*J. Davis Brodhead* filed a paper book for the executors of the estates of E. P. Wilbur, W. W. Wilbur, Helena Rathbun and Hattie Fitch, deceased, appellees.

OPINION BY MR. JUSTICE MOSCHZISKER, July 1, 1914:

The interest of the present appellants is fully stated in Packer Est. (No. 1). All the questions here involved are based upon the assumption that the trusts under the will of Asa Packer will continue for twenty-one years after the death of Mary Packer Cummings, which occurred October 29, 1912; but since we have construed the will to the contrary and decided that the trusts in question terminated upon the death of Mary Packer Cummings [See, Packer's Est. (No. 1)], it is not necessary to consider the various points attempted to be raised by the several assignments of error.

The appeal is dismissed; the costs to be paid by the appellants and others as ordered by the Orphans' Court when the record is returned to it.